UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Rodriquez

    v.                              Case No. 07-cv-252-PB

New Hampshire State Prison,
Lakes Region Facility, Warden, et al.

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $13.28 is due no later than September 19, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                              /s/ Justo Arenas
                            United States Magistrate Judge
                            Sitting by Designation

Date: August 17, 2007

cc:   John Rodriguez, pro se
      Bonnie S. Reed, Financial Administrator
      New Hampshire State Prison, Inmate Accounts