UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John Rodriquez</u>

        v.                        07-cv-252-PB

<u>NH State Prison, Lakes Region Facility, et al.</u>

O R D E R

The plaintiff has failed to comply with the Order of August 17, 2007 by Magistrate Judge Justo Arenas , accordingly, the complaint is dismissed without prejudice.

SO ORDERED.

October    11 , 2007                        <u>/s/ Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge

cc:    John Rodriquez, Pro se